## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bradley Graffius,                                            :
                              Appellant                     :
                                                            :
              v.                                            :              No. 880 C.D. 2017
                                                            :
Commonwealth of Pennsylvania,                               :
Department of Transportation,                               :
Bureau of Driver Licensing                                  :

## **O R D E R**

NOW, May 11, 2018, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge